# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN RUSSELL ROBISON,<br><br>Defendant. | ORDER GRANTING<br>RUSSELL ROBISON'S UNOPPOSED<br>MOTION TO MOVE SELF-SURRENDER<br>DATE BY SEVEN DAYS<br><br>Case No. 4:13-CR-119-BLW |

Based on defendant Russell Robison's Unopposed Motion To Move Self-Surrender Date By Seven Days, with the concurrence of the United States and with good cause appearing:

IT IS HEREBY ORDERED:

That Defendant Robison's motion (docket no. 24) is GRANTED. Defendant Robison is ordered to report to the Bureau of Prisons on December 30, 2013 no later than 2:00 p.m.

DATED: November 22, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court